THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* RAFAEL TOLEDO, Appellant.

*People* v. *Toledo*, 150 App. Div. 403, affirmed.
(Argued June 11, 1912; decided June 29, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 4, 1912, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York convicting the defendant of the crime of subornation of perjury.

*William S. Bennet* for appellant.

*Charles S. Whitman, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed on opinion of McLAUGHLIN, J., below.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.